JS-6

1
2
3
4
5
6
7

8                         **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10

11  PATRICIA L. HARRISON,                   )   Case No. CV 13-08257-GW(SSx)
                                            )
12                    Plaintiff,            )   Hon. George H. Wu
                                            )   Courtroom 10
13          vs.                             )
                                            )
14  ARCHDIOCESE OF LOS ANGELES, a           )   **JUDGMENT**
    California Corporation;  ST. BEDE THE   )
15  VENERABLE SCHOOL, an entity form        )
    unknown; and DOES 1 to 10, Inclusive,   )
16                                          )
                      Defendants.           )
17                                          )
                                            )
18                                          )
                                            )
19                                          )
    _____        )
20

21          This action came before the Court for a trial by jury, the Honorable George H. Wu, United

22  States District Court Judge, presiding, and the issues having been duly tried and the jury having

23  duly rendered its verdict,

24          IT IS ORDERED AND ADJUDICATED as follows:

25          That Plaintiff Patricia Harrison shall have and recover from the Defendant, Roman

26  Catholic Archbishop of Los Angeles, a corporation sole, for and on behalf of St. Bede the

27  Venerable School, the sum of $178,602.00 in lost earnings, with post-judgment interest thereon as

28

1  provided by 28 U.S.C. § 1961 and her statutory costs of action.  Attorney's fees will be addressed

2  in a post-judgment motion.

3     Dated at Los Angeles, California this 12th day of March, 2015

George H. Wu

_____

George H. Wu
United States District Judge